EXHIBIT A:

AERIAL PHOTOGRAPH OF AREA SHOWING PROPERTY, SLOUGH, MOSS LANDING HARBOR AND ENTRY FROM HARBOR INTO MONTEREY BAY

USDC NDCA No.
RC1/5033579.1/CB12

- 25 -

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

