# EXHIBIT B:

## MAP OF THE BOUNDARIES OF THE MONTEREY BAY NATIONAL MARINE SANCTUARY

