EXHIBIT C:

DIAGRAM FROM 1981 FILING BY KACC WITH EPA SHOWING THE LOCATION OF THE TWO DUMPS



LAYOUT
PROPERTY BOUNDRY
KAISER REFRACTORIES
KAGC

APPROX. SCALE 1" = 445 FT