1

## EXHIBIT D:

2

## ATSDR MONOGRAMS ON CHROMIUM, ANTIMONY, NICKEL, AND LEAD

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco



# ATSDR
AGENCY FOR TOXIC SUBSTANCES
AND DISEASE REGISTRY

# CHROMIUM
## CAS # 7440-47-3

**Division of Toxicology ToxFAQs™**                **February 2001**

This fact sheet answers the most frequently asked health questions (FAQs) about chromium. For more information, call the ATSDR Information Center at 1-888-422-8737. This fact sheet is one in a series of summaries about hazardous substances and their health effects. It's important you understand this information because this substance may harm you. The effects of exposure to any hazardous substance depend on the dose, the duration, how you are exposed, personal traits and habits, and whether other chemicals are present.

> **HIGHLIGHTS: Exposure to chromium occurs from ingesting contaminated food or drinking water or breathing contaminated workplace air. Chromium(VI) at high levels can damage the nose and can cause cancer. Chromium has been found at 1,036 of the 1,591 National Priority List sites identified by the Environmental Protection Agency (EPA).**

## What is chromium?

Chromium is a naturally occurring element found in rocks, animals, plants, soil, and in volcanic dust and gases. Chromium is present in the environment in several different forms. The most common forms are chromium(0), chromium(III), and chromium(VI). No taste or odor is associated with chromium compounds.

Chromium(III) occurs naturally in the environment and is an essential nutrient. Chromium(VI) and chromium(0) are generally produced by industrial processes.

The metal chromium, which is the chromium(0) form, is used for making steel. Chromium(VI) and chromium(III) are used for chrome plating, dyes and pigments, leather tanning, and wood preserving.

## What happens to chromium when it enters the environment?

❑ Chromium enters the air, water, and soil mostly in the chromium(III) and chromium(VI) forms.
❑ In air, chromium compounds are present mostly as fine dust particles which eventually settle over land and water.
❑ Chromium can strongly attach to soil and only a small amount can dissolve in water and move deeper in the soil to underground water.
❑ Fish do not accumulate much chromium in their bodies from water.

## How might I be exposed to chromium?

❑ Eating food containing chromium(III).
❑ Breathing contaminated workplace air or skin contact during use in the workplace.
❑ Drinking contaminated well water.
❑ Living near uncontrolled hazardous waste sites containing chromium or industries that use chromium.

## How can chromium affect my health?

Chromium(III) is an essential nutrient that helps the body use sugar, protein, and fat.

Breathing high levels of chromium(VI) can cause irritation to the nose, such as runny nose, nosebleeds, and ulcers and holes in the nasal septum.

Ingesting large amounts of chromium(VI) can cause stomach upsets and ulcers, convulsions, kidney and liver damage, and even death.

**Page 2**

# CHROMIUM
## CAS # 7440-47-3

Skin contact with certain chromium(VI) compounds can cause skin ulcers. Some people are extremely sensitive to chromium(VI) or chromium(III). Allergic reactions consisting of severe redness and swelling of the skin have been noted.

## How likely is chromium to cause cancer?

Several studies have shown that chromium(VI) compounds can increase the risk of lung cancer. Animal studies have also shown an increased risk of cancer.

The World Health Organization (WHO) has determined that chromium(VI) is a human carcinogen.

The Department of Health and Human Services (DHHS) has determined that certain chromium(VI) compounds are known to cause cancer in humans.

The EPA has determined that chromium(VI) in air is a human carcinogen.

## How can chromium affect children?

We do not know if exposure to chromium will result in birth defects or other developmental effects in people. Birth defects have been observed in animals exposed to chromium(VI).

It is likely that health effects seen in children exposed to high amounts of chromium will be similar to the effects seen in adults.

## How can families reduce the risk of exposure to chromium?

❑ Children should avoid playing in soils near uncontrolled hazardous waste sites where chromium may have been discarded.

❑ Although chromium(III) is an essential nutrient, you should avoid excessive use of dietary supplements containing chromium.

## Is there a medical test to show whether I've been exposed to chromium?

Since chromium(III) is an essential element and naturally occurs in food, there will always be some level of chromium in your body. There are tests to measure the level of chromium in hair, urine, and blood. These tests are most useful for people exposed to high levels. These tests cannot determine the exact levels of chromium that you may have been exposed to or predict how the levels in your tissues will affect your health.

## Has the federal government made recommendations to protect human health?

EPA has set a limit of 100 µg chromium(III) and chromium(VI) per liter of drinking water (100 µg/L).

The Occupational Safety and Health Administration (OSHA) has set limits of 500 µg water soluble chromium(III) compounds per cubic meter of workplace air (500 µg/m³), 1,000 µg/m³ for metallic chromium(0) and insoluble chromium compounds, and 52 µg/m³ for chromium(VI) compounds for 8-hour work shifts and 40-hour work weeks.

## References

Agency for Toxic Substances and Disease Registry (ATSDR). 2000. Toxicological Profile for Chromium. Atlanta, GA: U.S. Department of Health and Human Services, Public Health Service.

**Where can I get more information?** For more information, contact the Agency for Toxic Substances and Disease Registry, Division of Toxicology, 1600 Clifton Road NE, Mailstop F-32, Atlanta, GA 30333. Phone: 1-888-422-8737, FAX: 770-488-4178. ToxFAQs™ Internet address is http://www.atsdr.cdc.gov/toxfaq.html . ATSDR can tell you where to find occupational and environmental health clinics. Their specialists can recognize, evaluate, and treat illnesses resulting from exposure to hazardous substances. You can also contact your community or state health or environmental quality department if you have any more questions or concerns.





# ATSDR
AGENCY FOR TOXIC SUBSTANCES
AND DISEASE REGISTRY

# ANTIMONY
## CAS # 7440-36-0

**Agency for Toxic Substances and Disease Registry ToxFAQs**　　　　　**September 1995**

This fact sheet answers the most frequently asked health questions (FAQs) about antimony. For more information, call the ATSDR Information Center at 1-888-422-8737. This fact sheet is one in a series of summaries about hazardous substances and their health effects. This information is important because this substance may harm you. The effects of exposure to any hazardous substance depend on the dose, the duration, how you are exposed, personal traits and habits, and whether other chemicals are present.

> **SUMMARY: Exposure to antimony occurs in the workplace or from skin contact with soil at hazardous waste sites. Breathing high levels of antimony for a long time can irritate the eyes and lungs, and can cause problems with the lungs, heart, and stomach. This chemical has been found in at least 403 of 1,416 National Priorities List sites identified by the Environmental Protection Agency.**

## What is antimony?
(Pronounced ăn′tə-mō′nē)

Antimony is a silvery-white metal that is found in the earth's crust. Antimony ores are mined and then mixed with other metals to form antimony alloys or combined with oxygen to form antimony oxide.

Little antimony is currently mined in the United States. It is brought into this country from other countries for processing. However, there are companies in the United States that produce antimony as a by-product of smelting lead and other metals.

Antimony isn't used alone because it breaks easily, but when mixed into alloys, it is used in lead storage batteries, solder, sheet and pipe metal, bearings, castings, and pewter. Antimony oxide is added to textiles and plastics to prevent them from catching fire. It is also used in paints, ceramics, and fireworks, and as enamels for plastics, metal, and glass.

## What happens to antimony when it enters the environment?

❑ Antimony is released to the environment from natural sources and from industry.

❑ In the air, antimony is attached to very small particles that may stay in the air for many days.

❑ Most antimony ends up in soil, where it attaches strongly to particles that contain iron, manganese, or aluminum.

❑ Antimony is found at low levels in some rivers, lakes, and streams.

## How might I be exposed to antimony?

❑ Because antimony is found naturally in the environment, the general population is exposed to low levels of it every day, primarily in food, drinking water, and air.

❑ It may be found in air near industries that process or release it, such as smelters, coal-fired plants, and refuse incinerators.

❑ In polluted areas containing high levels of antimony, it may be found in the air, water, and soil.

❑ Workers in industries that process it or use antimony ore may be exposed to higher levels.

## How can antimony affect my health?

Exposure to antimony at high levels can result in a variety of adverse health effects.

Breathing high levels for a long time can irritate your eyes and lungs and can cause heart and lung problems, stomach pain, diarrhea, vomiting, and stomach ulcers.

In short-term studies, animals that breathed very high levels of antimony died. Animals that breathed high levels

**Page 2**

**ANTIMONY**
**CAS # 7440-36-0**

had lung, heart, liver, and kidney damage. In long-term studies, animals that breathed very low levels of antimony had eye irritation, hair loss, lung damage, and heart problems. Problems with fertility were also noted. In animal studies, problems with fertility have been seen when rats breathed very high levels of antimony for a few months.

Ingesting large doses of antimony can cause vomiting. We don't know what other effects may be caused by ingesting it. Long-term animal studies have reported liver damage and blood changes when animals ingested antimony. Antimony can irritate the skin if it is left on it.

Antimony can have beneficial effects when used for medical reasons. It has been used as a medicine to treat people infected with parasites.

**How likely is antimony to cause cancer?**

The Department of Health and Human Services, the International Agency for Research on Cancer, and the Environmental Protection Agency (EPA) have not classified antimony as to its human carcinogenicity.

Lung cancer has been observed in some studies of rats that breathed high levels of antimony. No human studies are available. We don't know whether antimony will cause cancer in people.

**Is there a medical test to show whether I've been exposed to antimony?**

Tests are available to measure antimony levels in the body. Antimony can be measured in the urine, feces, and blood for several days after exposure. However, these tests cannot tell you how much antimony you have been exposed to or whether you will experience any health effects. Some

tests are not usually performed in most doctors' offices and may require special equipment to conduct them.

**Has the federal government made recommendations to protect human health?**

The EPA allows 0.006 parts of antimony per million parts of drinking water (0.006 ppm). The EPA requires that discharges or spills into the environment of 5,000 pounds or more of antimony be reported.

The Occupational Safety and Health Administration (OSHA) has set an occupational exposure limit of 0.5 milligrams of antimony per cubic meter of air (0.5 mg/m$^3$) for an 8-hour workday, 40-hour workweek.

The American Conference of Governmental Industrial Hygienists (ACGIH) and the National Institute for Occupational Safety and Health (NIOSH) currently recommend the same guidelines for the workplace as OSHA.

**Glossary**

Carcinogenicity: Ability to cause cancer.
CAS: Chemical Abstracts Service.
Ingestion: Taking food or drink into your body.
Long-term: Lasting one year or more.
Milligram (mg): One thousandth of a gram.
Parasite: An organism living in or on another organism.
ppm: Parts per million.
Short-term: Lasting 14 days or less.

**References**

Agency for Toxic Substances and Disease Registry (ATSDR). 1992. Toxicological profile for antimony. Atlanta, GA: U.S. Department of Health and Human Services, Public Health Service.

**Where can I get more information?**   For more information, contact the Agency for Toxic Substances and Disease Registry, Division of Toxicology, 1600 Clifton Road NE, Mailstop F-32, Atlanta, GA 30333. Phone: 1-888-422-8737, FAX: 770-488-4178. ToxFAQs Internet address via WWW is http://www.atsdr.cdc.gov/toxfaq.html   ATSDR can tell you where to find occupational and environmental health clinics. Their specialists can recognize, evaluate, and treat illnesses resulting from exposure to hazardous substances. You can also contact your community or state health or environmental quality department if you have any more questions or concerns.

Federal Recycling Program          Printed on Recycled Paper



# ATSDR
### AGENCY FOR TOXIC SUBSTANCES AND DISEASE REGISTRY

# NICKEL
## CAS # 7440-02-0

Division of Toxicology ToxFAQs™                                    August 2005

This fact sheet answers the most frequently asked health questions (FAQs) about nickel. For more information, call the ATSDR Information Center at 1-888-422-8737. This fact sheet is one in a series of summaries about hazardous substances and their health effects. It is important you understand this information because this substance may harm you. The effects of exposure to any hazardous substance depend on the dose, the duration, how you are exposed, personal traits and habits, and whether other chemicals are present.

> **HIGHLIGHTS:** Nickel is a naturally occurring element. Pure nickel is a hard, silvery-white metal used to make stainless steel and other metal alloys. Skin effects are the most common effects in people who are sensitive to nickel. Workers who breathed very large amounts of nickel compounds developed chronic bronchitis and lung and nasal sinus cancers. Nickel has been found in at least 882 of the 1,662 National Priority List sites identified by the Environmental Protection Agency (EPA).

## What is nickel?

Nickel is a very abundant natural element. Pure nickel is a hard, silvery-white metal. Nickel can be combined with other metals, such as iron, copper, chromium, and zinc, to form alloys. These alloys are used to make coins, jewelry, and items such as valves and heat exchangers. Most nickel is used to make stainless steel.

Nickel can combine with other elements such as chlorine, sulfur, and oxygen to form nickel compounds. Many nickel compounds dissolve fairly easy in water and have a green color. Nickel compounds are used for nickel plating, to color ceramics, to make some batteries, and as substances known as catalysts that increase the rate of chemical reactions. Nickel is found in all soil and is emitted from volcanoes. Nickel is also found in meteorites and on the ocean floor. Nickel and its compounds have no characteristic odor or taste.

## What happens to nickel when it enters the environment?

❑ Nickel is released into the atmosphere by industries that make or use nickel, nickel alloys, or nickel compounds. It is also released into the atmosphere by oil-burning power plants, coal-burning power plants, and trash incinerators.
❑ In the air, it attaches to small particles of dust that settle to the ground or are taken out of the air in rain or snow; this usually takes many days.

❑ Nickel released in industrial waste water ends up in soil or sediment where it strongly attaches to particles containing iron or manganese.
❑ Nickel does not appear to accumulate in fish or in other animals used as food.

## How might I be exposed to nickel?

❑ By eating food containing nickel, which is the major source of exposure for most people.
❑ By skin contact with soil, bath or shower water, or metals containing nickel, as well as by handling coins or touching jewelry containing nickel.
❑ By drinking water that contains small amounts of nickel.
❑ By breathing air or smoking tobacco containing nickel.
❑ Higher exposure may occur if you work in industries that process or use nickel.

## How can nickel affect my health?

The most common harmful health effect of nickel in humans is an allergic reaction. Approximately 10-20% of the population is sensitive to nickel. People can become sensitive to nickel when jewelry or other things containing it are in direct contact with the skin for a long time. Once a person is sensitized to nickel, further contact with the metal may produce a reaction. The most common reaction is a skin rash at the site of contact. The skin rash may also

**Page 2**

# NICKEL
## CAS # 7440-02-0

occur at a site away from the site of contact. Less frequently, some people who are sensitive to nickel have asthma attacks following exposure to nickel. Some sensitized people react when they consume food or water containing nickel or breathe dust containing it.

People working in nickel refineries or nickel-processing plants have experienced chronic bronchitis and reduced lung function. These persons breathed amounts of nickel much higher than levels found normally in the environment. Workers who drank water containing high amounts of nickel had stomach ache and suffered adverse effects to their blood and kidneys.

Damage to the lung and nasal cavity has been observed in rats and mice breathing nickel compounds. Eating or drinking large amounts of nickel has caused lung disease in dogs and rats and has affected the stomach, blood, liver, kidneys, and immune system in rats and mice, as well as their reproduction and development.

## How likely is nickel to cause cancer?
Cancers of the lung and nasal sinus have resulted when workers breathed dust containing high levels of nickel compounds while working in nickel refineries or nickel processing plants. The Department of Health and Human Services (DHHS) has determined that nickel metal may reasonably be anticipated to be a carcinogen and that nickel compounds are known human carcinogens. The International Agency for Research on Cancer (IARC) has determined that some nickel compounds are carcinogenic to humans and that metallic nickel may possibly be carcinogenic to humans. The EPA has determined that nickel refinery dust and nickel subsulfide are human carcinogens.

## How can nickel affect children?
It is likely that the health effects seen in children exposed to nickel will be similar to those seen in adults. We do not know whether children differ from adults in their susceptibility to nickel. Human studies that examined whether nickel can harm the fetus are inconclusive. Animal studies have found increases in newborn deaths and decreased newborn weight after ingesting very high amounts of nickel. Nickel can be transferred from the mother to an infant in breast milk and can cross the placenta.

## How can families reduce the risks of exposure to nickel?
❑ Avoiding jewelry containing nickel will eliminate risks of exposure to this source of the metal.
❑ Exposures of the general population from other sources, such as foods and drinking water, are almost always too low to be of concern.

## Is there a medical test to determine whether I've been exposed to nickel?
There are tests available to measure nickel in your blood, feces, and urine. More nickel was measured in the urine of workers who were exposed to nickel compounds that dissolve easily in water than in the urine of workers exposed to nickel compounds that are hard to dissolve. This means that it is easier to tell if you have been exposed to soluble nickel compounds than less-soluble compounds. The nickel measurements do not accurately predict potential health effects from exposure to nickel.

## Has the federal government made recommendations to protect human health?
The EPA recommends that drinking water should contain no more than 0.1 milligrams of nickel per liter of water (0.1 mg/L). To protect workers, the Occupational Safety and Health Administration (OSHA) has set a limit of 1 mg of nickel per cubic meter of air (1 mg/m$^3$) for metallic nickel and nickel compounds in workplace air during an 8-hour workday, 40-hour workweek.

## References
Agency for Toxic Substances and Disease Registry (ATSDR). 2005. Toxicological Profile for Nickel (Update). Atlanta, GA: U.S. Department of Public Health and Human Services, Public Health Service.

---

**Where can I get more information?**   For more information, contact the Agency for Toxic Substances and Disease Registry, Division of Toxicology, 1600 Clifton Road NE, Mailstop F-32, Atlanta, GA 30333. Phone: 1-888-422-8737, FAX: 770-488-4178. ToxFAQs Internet address via WWW is http://www.atsdr.cdc.gov/toxfaq.html. ATSDR can tell you where to find occupational and environmental health clinics. Their specialists can recognize, evaluate, and treat illnesses resulting from exposure to hazardous substances. You can also contact your community or state health or environmental quality department if you have any more questions or concerns.





# ATSDR
**AGENCY FOR TOXIC SUBSTANCES AND DISEASE REGISTRY**

# LEAD
## CAS # 7439-92-1

**Division of Toxicology and Environmental Medicine ToxFAQs™**  August 2007

This fact sheet answers the most frequently asked health questions (FAQs) about lead. For more information, call the ATSDR Information Center at 1-800-232-4636. This fact sheet is one in a series of summaries about hazardous substances and their health effects. It is important you understand this information because this substance may harm you. The effects of exposure to any hazardous substance depend on the dose, the duration, how you are exposed, personal traits and habits, and whether other chemicals are present.

**HIGHLIGHTS:** Exposure to lead can happen from breathing workplace air or dust, eating contaminated foods, or drinking contaminated water. Children can be exposed from eating lead-based paint chips or playing in contaminated soil. Lead can damage the nervous system, kidneys, and reproductive system. Lead has been found in at least 1,272 of the 1,684 National Priority List sites identified by the Environmental Protection Agency (EPA).

## What is lead?

Lead is a naturally occurring bluish-gray metal found in small amounts in the earth's crust. Lead can be found in all parts of our environment. Much of it comes from human activities including burning fossil fuels, mining, and manufacturing.

Lead has many different uses. It is used in the production of batteries, ammunition, metal products (solder and pipes), and devices to shield X-rays. Because of health concerns, lead from paints and ceramic products, caulking, and pipe solder has been dramatically reduced in recent years. The use of lead as an additive to gasoline was banned in 1996 in the United States.

## What happens to lead when it enters the environment?

❏ Lead itself does not break down, but lead compounds are changed by sunlight, air, and water.
❏ When lead is released to the air, it may travel long distances before settling to the ground.
❏ Once lead falls onto soil, it usually sticks to soil particles.
❏ Movement of lead from soil into groundwater will depend on the type of lead compound and the characteristics of the soil.

## How might I be exposed to lead?

❏ Eating food or drinking water that contains lead. Water pipes in some older homes may contain lead solder. Lead can leach out into the water.

❏ Spending time in areas where lead-based paints have been used and are deteriorating. Deteriorating lead paint can contribute to lead dust.
❏ Working in a job where lead is used or engaging in certain hobbies in which lead is used, such as making stained glass.
❏ Using health-care products or folk remedies that contain lead.

## How can lead affect my health?

The effects of lead are the same whether it enters the body through breathing or swallowing. Lead can affect almost every organ and system in your body. The main target for lead toxicity is the nervous system, both in adults and children. Long-term exposure of adults can result in decreased performance in some tests that measure functions of the nervous system. It may also cause weakness in fingers, wrists, or ankles. Lead exposure also causes small increases in blood pressure, particularly in middle-aged and older people and can cause anemia. Exposure to high lead levels can severely damage the brain and kidneys in adults or children and ultimately cause death. In pregnant women, high levels of exposure to lead may cause miscarriage. High-level exposure in men can damage the organs responsible for sperm production.

## How likely is lead to cause cancer?

We have no conclusive proof that lead causes cancer in humans. Kidney tumors have developed in rats and mice that had been given large doses of some kind of lead compounds. The Department of Health and Human Services

| Page 2 | LEAD |
|---|---|
| | CAS # 7439-92-1 |

ToxFAQs™ Internet address is http://www.atsdr.cdc.gov/toxfaq.html

(DHHS) has determined that lead and lead compounds are reasonably anticipated to be human carcinogens and the EPA has determined that lead is a probable human carcinogen. The International Agency for Research on Cancer (IARC) has determined that inorganic lead is probably carcinogenic to humans and that there is insufficient information to determine whether organic lead compounds will cause cancer in humans.

## How can lead affect children?

Small children can be exposed by eating lead-based paint chips, chewing on objects painted with lead-based paint, or swallowing house dust or soil that contains lead.

Children are more vulnerable to lead poisoning than adults. A child who swallows large amounts of lead may develop blood anemia, severe stomachache, muscle weakness, and brain damage. If a child swallows smaller amounts of lead, much less severe effects on blood and brain function may occur. Even at much lower levels of exposure, lead can affect a child's mental and physical growth.

Exposure to lead is more dangerous for young and unborn children. Unborn children can be exposed to lead through their mothers. Harmful effects include premature births, smaller babies, decreased mental ability in the infant, learning difficulties, and reduced growth in young children. These effects are more common if the mother or baby was exposed to high levels of lead. Some of these effects may persist beyond childhood.

## How can families reduce the risks of exposure to lead?

❑ Avoid exposure to sources of lead.

❑ Do not allow children to chew or mouth surfaces that may have been painted with lead-based paint.

❑ If you have a water lead problem, run or flush water that has been standing overnight before drinking or cooking with it.

❑ Some types of paints and pigments that are used as make-up or hair coloring contain lead. Keep these kinds of products away from children

❑ If your home contains lead-based paint or you live in an area contaminated with lead, wash children's hands and faces often to remove lead dusts and soil, and regularly clean the house of dust and tracked in soil.

## Is there a medical test to determine whether I've been exposed to lead?

A blood test is available to measure the amount of lead in your blood and to estimate the amount of your recent exposure to lead. Blood tests are commonly used to screen children for lead poisoning. Lead in teeth or bones can be measured by X-ray techniques, but these methods are not widely available. Exposure to lead also can be evaluated by measuring erythrocyte protoporphyrin (EP) in blood samples. EP is a part of red blood cells known to increase when the amount of lead in the blood is high. However, the EP level is not sensitive enough to identify children with elevated blood lead levels below about 25 micrograms per deciliter (µg/dL). These tests usually require special analytical equipment that is not available in a doctor's office. However, your doctor can draw blood samples and send them to appropriate laboratories for analysis.

## Has the federal government made recommendations to protect human health?

The Centers for Disease Control and Prevention (CDC) recommends that states test children at ages 1 and 2 years. Children should be tested at ages 3–6 years if they have never been tested for lead, if they receive services from public assistance programs for the poor such as Medicaid or the Supplemental Food Program for Women, Infants, and Children, if they live in a building or frequently visit a house built before 1950; if they visit a home (house or apartment) built before 1978 that has been recently remodeled; and/or if they have a brother, sister, or playmate who has had lead poisoning. CDC considers a blood lead level of 10 µg/dL to be a level of concern for children.

EPA limits lead in drinking water to 15 µg per liter.

## References

Agency for Toxic Substances and Disease Registry (ATSDR). 2007. Toxicological Profile for lead (Update). Atlanta, GA: U.S. Department of Public Health and Human Services, Public Health Service.

**Where can I get more information?** For more information, contact the Agency for Toxic Substances and Disease Registry, Division of Toxicology and Environmental Medicine, 1600 Clifton Road NE, Mailstop F-32, Atlanta, GA 30333. Phone: 1-800-232-4636, FAX: 770-488-4178. ToxFAQs Internet address via WWW is http://www.atsdr.cdc.gov/toxfaq.html. ATSDR can tell you where to find occupational and environmental health clinics. Their specialists can recognize, evaluate, and treat illnesses resulting from exposure to hazardous substances. You can also contact your community or state health or environmental quality department if you have any more questions or concerns.

