```
1   THOMAS H. CLARKE, JR. (SBN 47592)
    TIMOTHY A. DOLAN (SBN 209674)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    201 Spear Street, Suite 1000
3   San Francisco, CA  94105
    Telephone:    (415) 543-4800
4   Facsimile:    (415) 972-6301
    tclarke@rmkb.com
5   tdolan@rmkb.com

6   Attorneys for Plaintiff
    MOSS LANDING COMMERCIAL PARK LLC
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MOSS LANDING COMMERCIAL PARK LLC, | CASE NO.  C07 06072 RMW/PVT |
|---|---|
| Plaintiff, | PROOF OF SERVICE |
| v. | |
| KAISER ALUMINUM CORPORATION, KAISER ALUMINUM AND CHEMICAL CORPORATION, and DOES 1 through 100, | |
| Defendants. | |

**PROOF OF SERVICE**

I am a citizen of the United States. My business address is 201 Spear Street, Suite 1000, San Francisco, CA  94105.  I am employed in the County of San Francisco where this service occurs.  I am over the age of 18 years, and not a party to the within cause.  I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:  SUMMONS; FIRST AMENDED COMPLAINT; COURT PAMPHLET: Welcome to USDC NDCA, Clerk's Office, San Jose Division; Court hearing schedules; Gen. Ord. No. 40; ECF Registration handout;Gen. Ord. No. 45: Electronic Case Filing; Notice of Electronic Availabillty of Case File Information, incl. Gen. Ord. No. 53; Notice of Lawsuit and Request for Waiver of Service of Summons; Waiver of service of summons;Instructions for completing ADR forms, etc.;ADR certification by parties and counsel; Stipulation and proposed Order selecting ADR process; Notice of need for ADR hpone conference; Order of the Chief Judge, USDC, NDCA: In re: Electronic Filing in Cases with Unrepresented Parties; Order setting initial case management conference andADR  deadlines; Standing Order re:Pretrial Preparation; Standing Order Re: Case Management in Civil Cases; Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement

| | |
|---|---|
| 1 | ☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m. |
| 2 | |
| 3 | ☐ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California. |
| 4 | X (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand on the date indicated to the persons indicated. |
| 5 | X (BY EXPRESS MAIL) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served. |

**[SEE SERVICE LIST BELOW]**

Executed on December ___, 2007, at Los Angeles, California.

_____

Executed on December 10, 2007, at San Francisco, California.

*Charles D. Brown*
Charles D. Brown

**BY HAND DELIVERY/PERSONAL SERVICE:**

Kaiser Aluminum Corporation
27422 Portola Parkway, Suite 350
Foothill Ranch, CA 92610

Kaiser Aluminum & Chemical Corporation
27422 Portola Parkway, Suite 350
Foothill Ranch, CA 92610

**BY HAND DELIVERY/PERSONAL SERVICE:**

Kaiser Aluminum Corporation
c/o C T Corporation System
818 W. Seventh Street
Los Angeles, CA 90017

Kaiser Aluminum & Chemical Corporation
c/o C T Corporation System
818 W. Seventh Street
Los Angeles, CA 90017

**BY EXPRESS MAIL:**

Mr. John M. Donnan, V.P. & General Counsel
Kaiser Aluminum & Chemical Corporation
5847 San Felipe St., Suite 2500
Houston, TX 77057

Mr. Jack A. Hockema, CEO
Kaiser Aluminum & Chemical Corporation
5847 San Felipe St., Suite 2500
Houston, TX 77057

EV838517198US          EV838517184US

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

- 2 -