THOMAS H. CLARKE, JR. (SBN 47592)
TIMOTHY A. DOLAN (SBN 209674)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: 415 543 4800
Facsimile: 415 972 6301
tclarke@rmkb.com
tdolan@rmkb.com

Attorneys for Plaintiff
MOSS LANDING COMMERCIAL PARK LLC

TOBIAS S. KELLER (SBN 151445)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
email: tkeller@jonesday.com

GREGORY M. GORDON
DANIEL P. WINIKKA
JONES DAY
2727 North Harwood Street
Dallas, TX 75102
Telephone: 214 220 2929
Facsimile: 214 969 5100

Attorneys for Defendants KAISER ALUMINUM
CORPORATION and KAISER ALUMINUM &
CHEMICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOSS LANDING COMMERCIAL PARK LLC,<br><br>Plaintiff,<br>v.<br><br>KAISER ALUMINUM CORPORATION, KAISER ALUMINUM & CHEMICAL CORPORATION, and DOES 1 through 100,<br><br>Defendants. | CASE NO. C07 06072 RMW/PVT<br><br>**STIPULATION AND [PROPOSED] ORDER** |

///

WHEREAS, plaintiff has filed and served its First Amended Complaint upon defendants Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation (collectively, the "Kaiser Defendants");

WHEREAS, the Kaiser Defendants assert that the litigation is barred by the relief granted to the Kaiser Defendants due to their Chapter 11 bankruptcy proceedings;

WHEREAS, the Kaiser Defendants are seeking an order from the Delaware bankruptcy court to quash and bar the litigation;

WHEREAS, the parties agreed amongst themselves that the motion by the Kaiser Defendants in the Delaware bankruptcy court may be heard by that court on February 25, 2008, that plaintiff's Opposition will be due Feb. 8, and that defendants' Reply will be due Feb. 15;

WHEREAS, the Delaware bankruptcy court has now approved the Feb. 25 hearing date and the proposed briefing schedule, as reflected in its orders, and has cancelled a case management conference that was scheduled for January 28, 2008; and,

WHEREAS, the parties wish to conserve judicial resources.

NOW, THEREFORE, do plaintiff and the Kaiser Defendants stipulate as follows:

1. The last day for the Kaiser Defendants to file a responsive pleading to the First Amended Complaint shall be ten calendar days following the ruling by the Delaware bankruptcy court on the motion by the Kaiser Defendants.

///
///
///
///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: January 17, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | | By: /s/ Thomas H. Clarke, Jr. |
| 3 | | THOMAS H. CLARKE, JR.<br>Attorneys for Plaintiff MOSS LANDING<br>COMMERCIAL PARK LLC |
| 4 | Dated: January 17, 2008 | JONES DAY |
| 5 | | |
| 6 | | By: _____ |
| 7 | | TOBIAS S. KELLER<br>Attorneys for Defendants KAISER<br>ALUMINUM CORPORATION and |
| 8 | | KAISER ALUMINUM & CHEMICAL<br>CORPORATION |
| 9 | | |
| 10 | **IT IS SO ORDERED.** | |
| 11 | | |
| 12 | Dated: January ____, 2008 | _____<br>The Honorable Ronald M. White<br>United States District Court Judge |

USDC NDCA C07 06072 RMW/PVT                    -3-                    STIPULATION AND [PROPOSED] ORDER
RC1/5050822.3/CB12

| | |
|---|---|
| Dated: January 17, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY<br><br>By: _____<br>THOMAS H. CLARKE, JR.<br>Attorneys for Plaintiff MOSS LANDING COMMERCIAL PARK LLC |
| Dated: January 17, 2008 | JONES DAY<br><br>By: _____<br>TOBIAS S. KELLER<br>Attorneys for Defendants KAISER ALUMINUM CORPORATION and KAISER ALUMINUM & CHEMICAL CORPORATION |

**IT IS SO ORDERED.**

Dated: January _____, 2008

_____
The Honorable Ronald M. White
United States District Court Judge

USDC NDCA C07 06072 RMW/PVT          -3-          STIPULATION AND [PROPOSED] ORDER
RC1/5050822.3/CB12

USDC NDCA C07 06072 RMW/PVT          -3-          STIPULATION AND [PROPOSED] ORDER
RC1/5050822.3/CB12