1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOSS LANDING COMMERCIAL PARK, LLC.,

       Plaintiff,

    v.

KAISER ALUMINUM CORPORATION, et al.,

       Defendant.

*__E-FILED - 3/19/08__*

CASE NO.: C-07-06072-RMW

**CLERK'S NOTICE REGARDING CASE MANAGEMENT CONFERENCE**

    PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set before the Honorable Judge Ronald M. Whyte  will be conducted before **Magistrate Judge Patricia V. Trumbull** on **March 28, 2008 at 9:00 a.m.**   Parties are to appear in **courtroom #5, 4th floor** of the U.S. Courthouse, 280 South First Street, San Jose, California.

    If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED:  __March 19, 2008__

                              /s/ Corinne Lew
                              Courtroom Deputy

Copy of Order E-Filed to Counsel of Record:

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28