THOMAS H. CLARKE, JR. (SBN 47592)
TIMOTHY A. DOLAN (SBN 209674)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: 415 543 4800
Facsimile: 415 972 6301
tclarke@rmkb.com
tdolan@rmkb.com

Attorneys for Plaintiff
MOSS LANDING COMMERCIAL PARK LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MOSS LANDING COMMERCIAL PARK LLC,<br><br>Plaintiff,<br><br>v.<br><br>KAISER ALUMINUM CORPORATION, KAISER ALUMINUM & CHEMICAL CORPORATION, and DOES 1 through 100,<br><br>Defendants. | CASE NO. C07 06072 RMW/PVT<br><br>**PLAINTIFF'S STATEMENT IN LIEU OF ITS RULE 26(f) REPORT** |
|---|---|

  As explained with more detail in Plaintiff Moss Landing Commercial Park, LLC's ("MLCP") Case Management Statement, filed herewith, defendants Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation prevailed in the Bankruptcy Court for the District of Delaware on a motion to enforce an injunction and to compel MLCP to dismiss this lawsuit. However the bankruptcy court has not yet entered its order on this motion. When it does, MLCP will file a timely appeal and an application for a stay of this action. If the application for a stay is denied, MCLP will dismiss this matter without prejudice in accord with the bankruptcy court's order.

  In light of the eminent dismissal or stay of this action, MLCP determined not to burden

1  this Court with unnecessary Rule 26 information and instead submits this statement.

3  Dated: March 20, 2008                    ROPERS, MAJESKI, KOHN & BENTLEY

                                            By: _____/s/_____
                                                THOMAS H. CLARKE, JR.
                                                TIMOTHY A. DOLAN
                                            Attorneys for Plaintiff MOSS LANDING
                                            COMMERCIAL PARK LLC