# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**DATE: March 28, 2008**

**Case No. C-07-06072 RMW**        **JUDGE: Patricia V. Trumbull**

**MOSS LANDING COMMERCIAL PARK, LLC  -v-  KAISER ALUMINUM CORPORATION, ET AL.,**
**Title**

| T. Clarke Jr. | K. Crouch |
|---|---|
| **Attorneys Present** | **Attorneys Present** |

**COURT CLERK: Jackie Garcia**        **COURT REPORTER: FTR**

**PROCEEDINGS**

**CASE MANAGEMENT CONFERENCE**

**ORDER AFTER HEARING**

**Case Management Conference Not Held. Case Management Conference Continued to 4/25/08 at 10:30 a.m. before Honorable Ronald M. Whyte for Further Case Management Conference.**