THOMAS H. CLARKE, JR. (SBN 47592)
TIMOTHY A. DOLAN (SBN 209674)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: 415 543 4800
Facsimile: 415 972 6301
tclarke@rmkb.com
tdolan@rmkb.com

Attorneys for Plaintiff
MOSS LANDING COMMERCIAL PARK LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOSS LANDING COMMERCIAL PARK LLC,<br><br>Plaintiff,<br><br>v.<br><br>KAISER ALUMINUM CORPORATION, KAISER ALUMINUM & CHEMICAL CORPORATION, and DOES 1 through 100,<br><br>Defendants. | CASE NO. C07 06072 RMW/PVT<br><br>**PLAINTIFF'S SECOND CASE MANAGEMENT STATEMENT**<br><br>Date:     April 25, 2008<br>Time:    10:30 p.m. |

Plaintiff Moss Landing Commercial Park, LLC submits the following Case Management Statement:

1.      Facts:

This case involves the contamination of real property located adjacent to Highway 1, Dolan Road, Monterey Bay, and Moro Cojo Slough (the "Property"). Plaintiff Moss Landing Commercial Park, LLC ("MLCP") is the current owner of the Property. MLCP alleges in its complaint that Kaiser Aluminum Corporation and Kaiser Aluminum and Chemical Corporation (collectively, "Kaiser") contaminated the Property and remain responsible for its remediation. Accordingly, Plaintiffs request from this Court, among other things, an injunction requiring them

to do so.

2. Status of Case:

Subsequent to service of MLCP's complaint, defendants filed their Motion of Reorganized Debtors to (A) Enforce Injunctions Issued in Connection with the Second Amended Joint Plan of Reorganization and (B) Compel Moss Landing Commercial Park LLC to Dismiss with Prejudice Its Lawsuit Against Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation in the United States Bankruptcy Court for the District of Delaware. This motion was heard in Wilmington, Delaware on February 25, 2008. The bankruptcy court granted the motion, found that this action should be dismissed without prejudice, and has now entered an order reflecting its decision. MLCP filed a notice of appeal of that order.

MLCP has also filed with the bankruptcy court an application for a stay of its order which, if granted, would allow this action to proceed while the bankruptcy decision is on appeal; the hearing on this application is scheduled for April 21, 2008. The bankruptcy court's order is stayed pending that hearing. Should the application be denied, MLCP intends to seek review in the U.S. District Court in Delaware.

3. Other:

MLCP will notify this Court within 14 days of any change in the status of the Delaware bankruptcy proceedings.

Dated: April 11, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____/s/_____
THOMAS H. CLARKE, JR.
TIMOTHY A. DOLAN
Attorneys for Plaintiff MOSS LANDING COMMERCIAL PARK LLC