IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSS LANDING COMMERCIAL PARK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAISER ALUMINUM AND CHEMICAL CORPORATION,<br><br>　　　　Defendant. | CASE NO. C-07-06072- RMW<br><br>**CLERK'S NOTICE CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

　　　　PLEASE TAKE NOTICE that the Further Case Management Conference in the above-entitled matter which was previously set for April 25, 2008 at 10:30 a.m. before the Honorable Judge Ronald M. Whyte has been Rescheduled to **May 23, 2008 at 10:30 a.m** before the Honorable Judge Ronald M. Whyte**.**  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

　　　　If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: April 24, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Corinne Lew
　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy

Copy of Order E-Filed to Counsel of Record: