# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| KAISER ALUMINUM CORPORATION, a | : | |
| Delaware Corporation, et al., | : | Case No. 02-10429 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| MOSS LANDING COMMERCIAL PARK, LLC, | : | |
| | : | |
| Appellant, | : | Case No. 08 cv 233 UNA |
| | : | |
| v. | : | |
| | : | |
| KAISER ALUMINUM CORPORATION and KAISER ALUMINUM & CHEMICAL CORPORATION, | : | |
| | : | |
| Appellees. | : | |

### ORDER GRANTING MOSS LANDING COMMERCIAL PARK LLC'S EMERGENCY MOTION TO STAY ENFORCEMENT OF BANKRUPTCY COURT ORDER ENFORCING INJUNCTIONS ISSUED IN CONNECTION WITH PLAN OF REORGANIZATION AND COMPELLING MOSS LANDING TO DISMISS WITHOUT PREJUDICE ITS LAWSUIT AGAINST DEBTOR

This matter having come before the Court on Moss Landing Commercial Park LLC's Emergency Motion to Stay Enforcement (the "Motion") of the United States Bankruptcy Court for the District of Delaware's March 27, 2008 Order Enforcing Injunctions Issued in Connection with the Second Amended Joint Plan of Reorganization and Compelling Moss Landing Commercial Park LLC to Dismiss Without Prejudice its Lawsuit Against Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation, as later modified by order dated April 16, 2008 (the "Bankruptcy Court Order"); and the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 158(a) and (b) notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual bases set

557813.1 4/24/08

forth in the Motion and accompanying memorandum of law establish just cause for the relief granted herein; it is hereby **ORDERED** that:

1. The Motion is GRANTED.[1]

2. The Bankruptcy Court Order is hereby stayed pending MLCP's appeal of the Bankruptcy Court Order, such that Kaiser shall file an answer to the California Action and the parties shall be permitted to pursue discovery in the California Action.

United States District Court Judge

Dated: April 25, 2008

---

[1] Unless otherwise defined, capitalized terms used herein shall have the same meaning as set forth in the Motion.