1  Thomas M. Donnelly (SBN 136546)
   Kelli A. Crouch (SBN 239042)
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA 94104-1500
   Telephone: (415) 626-3939
4  Facsimile: (415) 875-5700
   Email: tmdonnelly@jonesday.com
5         kcrouch@jonesday.com

6  Attorneys for Defendants
   KAISER ALUMINUM CORPORATION and KAISER
7  ALUMINUM & CHEMICAL CORPORATION

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 MOSS LANDING COMMERCIAL PARK LLC,        Case No. C 07-06072 RMW/PVT

13         Plaintiff,                       NOTICE OF APPEARANCE OF JONES DAY

14    v.

15 KAISER ALUMINUM CORPORATION,
   KAISER ALUMINUM & CHEMICAL
16 CORPORATION and DOES 1 through 100,

17         Defendants.

18

19 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20     PLEASE TAKE NOTICE that the following counsel hereby appears in this matter on

21 behalf of Defendants Kaiser Aluminum Corporation, and Kaiser Aluminum & Chemical

22 Corporation:

23                 Thomas M. Donnelly
                   Kelli A. Crouch
24                 Jones Day
                   555 California Street, 26th Floor
25                 San Francisco, CA 94104-1500
                   Tel. (415) 626-3939
26                 Fax. (415) 875-5700
                   Email: tmdonnelly@jonesday.com
27                 Email: kcrouch@jonesday.com

28

Dated: May 2, 2008

JONES DAY

By: /s/ Kelli A. Crouch
     Kelli A. Crouch

Attorneys for Defendants KAISER ALUMINUM CORPORATION and KAISER ALUMINUM & CHEMICAL CORPORATION

SFI-583045v1

NOTICE OF APPEARANCE OF JONES DAY
C07-06072 RMW/PVT

- 2 -