ORIGINAL

1 | Thomas M. Donnelly (CA State Bar No. 136546)
  | Kelli A. Crouch (CA State Bar No. 239042)
2 | JONES DAY
  | 555 California Street, 26th Floor
3 | San Francisco, CA 94104
  | Telephone: (415) 626-3939
4 | Facsimile: (415) 875-5700
  | Email: tmdonnelly@jonesday.com
5 | kcrouch@jonesday.com

FILED   Fee Paid

2008 MAY 15 P 3:23

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

6 | Attorneys for Defendants
  | KAISER ALUMINUM CORPORATION and KAISER
7 | ALUMINUM & CHEMICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MOSS LANDING COMMERCIAL PARK LLC,

Plaintiff,

v.

KAISER ALUMINUM CORPORATION, KAISER ALUMINUM & CHEMICAL CORPORATION and DOES 1 through 100,

Defendants.

Case No. C 07-06072 RMW/PVT

[SIGNATURE BY FACSIMILE]

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Joseph A. Fischer, III, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing defendants Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of the highest court of Texas;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

---

APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE
SFI-582861v1

Case No. C 07-06072 RMW/PVT

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Thomas M. Donnelly, State Bar No. 136546
> Jones Day
> 555 California Street, 26th Floor
> San Francisco, CA 94104
> Telephone: 415-626-3939

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 13, 2008

_____
Joseph A. Fischer, III