Thomas M. Donnelly (CA State Bar No. 136546)
Kelli A. Crouch (CA State Bar No. 239042)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: tmdonnelly@jonesday.com
       kcrouch@jonesday.com

Attorneys for Defendants
KAISER ALUMINUM CORPORATION and KAISER
ALUMINUM & CHEMICAL CORPORATION

ORIGINAL
RECEIVED
2008 MAY 15 PM 3: 23
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOSS LANDING COMMERCIAL PARK LLC<br><br>Plaintiff,<br><br>v.<br><br>KAISER ALUMINUM CORPORATION, KAISER ALUMINUM & CHEMICAL CORPORATION and DOES 1 through 100,<br><br>Defendants. | Case No. C 07-06072 RMW/PVT<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Joseph A. Fischer, III, an active member in good standing of the bar of Texas, whose business address and telephone number is Jackson Fischer Gilmour & Dobbs, PC, 3900 Essex Lane, Suite 325, Houston, Texas 77027, (713) 552-0325, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendants Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation in the above-entitled action,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

1 | will constitute notice to the party.

2

3

Dated: May __, 2008

By:_____
Honorable Ronald M. Whyte
United States District Court Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Application For
Admission of Attorney Pro Hac Vice

- 2 -

SF1-582863v1

C 07-06072 RMW/PVT