ORIGINAL

Thomas M. Donnelly (SBN 136546)
Kelli A. Crouch (SBN 239042)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: tmdonnelly@jonesday.com
         kcrouch@jonesday.com

Attorneys for Defendants
KAISER ALUMINUM CORPORATION and KAISER
ALUMINUM & CHEMICAL CORPORATION

FILED

2008 MAY 15 P 3: 23

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOSS LANDING COMMERCIAL PARK LLC,<br><br>Plaintiff,<br><br>v.<br><br>KAISER ALUMINUM CORPORATION, KAISER ALUMINUM & CHEMICAL CORPORATION and DOES 1 through 100,<br><br>Defendants. | Case No. C 07-06072 RMW/PVT<br><br>PROOF OF SERVICE BY MAIL |

I, Lorraine France-Gorn, declare that I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104-1500. On May 15, 2008, I served copies of the within documents:

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE;**

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; and**

**PROOF OF SERVICE**

SFI-583926v1

PROOF OF SERVICE
C07-06072 RMW/PVT

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below:

>Thomas H. Clarke, Jr.
>Timothy A. Dolan
>Ropers, Majeski, Kohn & Bentley
>201 Spear Street, Suite 1000
>San Francisco, CA 94105

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on May 15, 2008 at San Francisco, California.

*[signature]*
Lorraine France-Gorn