# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF DELAWARE

IN RE:                          )
                                )
                                )          Bankruptcy Action
                                )          02-10429
KAISER ALUMINUM                 )
CORPORATION,                    )
                                )          Chapter 11
              Debtor,           )          Wilmington, DE
                                )          April 21, 2008

TRANSCRIPT OF HEARING
BEFORE THE HONORABLE JUDITH FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor:            GREG GORDON, ESQUIRE
                           DAN WINIKKA, ESQUIRE
                           Jones, Day
                           2727 North Harwood Street
                           Dallas, TX 75201

                           CORY KANDESTIN, ESQUIRE
                           Richards, Layton & Finger
                           One Rodney Square
                           920 N. King Street
                           Wilmington, Delaware 19899

For Moss Landing:          MARK MINUTI, ESQUIRE
                           Saul, Ewing
                           222 Delaware Avenue
                           Wilmington, Delaware 19801

Audio Operator:            Nicole Schaefer

Transcribed by:            DIANA DOMAN TRANSCRIBING
                           P.O. Box 129
                           Gibbsboro, New Jersey  08026-129
                           PHONE:  (856)435-7172
                           FAX:    (856) 435-7124
                           Email:  Dianadoman@comcast.net

Proceedings recorded by electronic sound recording; transcript
produced by transcription service.

Minuti - Argument                                    Page 10

1   taking action now to figure out exactly what we have on our

2   hands, so somebody, at the end of the day, can remediate it.

3   Now how are we going to do that?

4         We need to get the information the debtor has,

5   relative to what they put in the ground and when, and that's

6   why we've limited really what we said we would do in the

7   California action to the discovery.

8         We want to find out what the debtor did.  We want to

9   find out when they did it.  Because that's going to help us

10  understand exactly what the nature of the problem is.  Because

11  if, at the end of the day, Your Honor, if we pursue this

12  litigation, if they win at the end of the day, we're liable to

13  be stuck with the responsibility for cleaning it up, we're

14  going to need to know that.

15        And so we believe every day that goes by and the

16  hazard is allowed to continue is irreparable harm.  Now the --

17        THE COURT:  Okay.  But on that point, if I may.  I

18  didn't understand this argument during the hearing, and I don't

19  understand it now.  And this is why I don't understand how you

20  can meet this test of all the other tests.  Your client

21  purchased this property from an entity that purchased the

22  property from the debtor.

23        I've forgotten when, but approximately 25 years ago.

24  The debtor, in the process of transferring the property, at

25  least alleges, if not proves, that it transferred the documents