ORIGINAL
RECEIVED
2008 MAY 15 PM 3: 23

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1  Thomas M. Donnelly (CA State Bar No. 136546)
   Kelli A. Crouch (CA State Bar No. 239042)
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA 94104
   Telephone: (415) 626-3939
4  Facsimile: (415) 875-5700
   Email: tmdonnelly@jonesday.com
5         kcrouch@jonesday.com

6  Attorneys for Defendants                          *E-FILED - 5/22/08*
   KAISER ALUMINUM CORPORATION and KAISER
7  ALUMINUM & CHEMICAL CORPORATION

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  MOSS LANDING COMMERCIAL PARK          Case No. C 07-06072 RMW/PVT
    LLC
13                                        xxxxxxxxxxxxx ORDER GRANTING
              Plaintiff,                  APPLICATION FOR ADMISSION OF
14                                        ATTORNEY *PRO HAC VICE*

15      v.

16  KAISER ALUMINUM CORPORATION,
    KAISER ALUMINUM & CHEMICAL
17  CORPORATION and DOES 1 through 100,

              Defendants.
18

19

20          Joseph A. Fischer, III, an active member in good standing of the bar of Texas, whose

21  business address and telephone number is Jackson Fischer Gilmour & Dobbs, PC, 3900 Essex

22  Lane, Suite 325, Houston, Texas 77027, (713) 552-0325, having applied in the above-entitled

23  action for admission to practice in the Northern District of California on a *pro hac vice* basis,

24  representing defendants Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical

25  Corporation in the above-entitled action,

26          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

27  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

28  *vice*. Service of papers upon and communication with co-counsel designated in the application

1  will constitute notice to the party.

2

3
Dated: May 22, 2008

4

By: _Ronald M. Whyte_
Honorable Ronald M. Whyte
United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28