UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: May 23, 2008

Case No. C-07-06072-RMW         JUDGE: Ronald M. Whyte

**MOSS LANDING COMMERCIAL PARK**     -V- **KAISER ALUMINUM CORPORATION**
Title

Appeared                                                Appeared
**Attorneys Present (Plaintiff)**              **Attorneys Present (Defendant)**

**COURT CLERK: Jackie Garcia**            **COURT REPORTER: Not Reported**

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. Defendant to file an answer within 2 weeks. Plaintiff to conduct document discovery as to what went into the waste piles; 1 set of interrogatories (to request names). After plaintiff propounds the discovery, the parties are to meet and confer. The Court set a Further Case Management Conference for 8/29/08 @ 10:30 AM. Plaintiff to prepare order following the conference.