THOMAS H. CLARKE, JR. (SBN 47592)
TIMOTHY A. DOLAN (SBN 209674)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:   (415) 543-4800
Facsimile:   (415) 972-6301
tclarke@rmkb.com
tdolan@rmkb.com

Attorneys for Plaintiff
MOSS LANDING COMMERCIAL PARK LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOSS LANDING COMMERCIAL PARK LLC,<br><br>Plaintiff,<br><br>v.<br><br>KAISER ALUMINUM CORPORATION, KAISER ALUMINUM & CHEMICAL CORPORATION, and DOES 1 through 100,<br><br>Defendants. | CASE NO. CV07-06072-RMW (PVT)<br><br>**ORDER AFTER CASE MANAGEMENT CONFERENCE** |

On May 23, 2008, the Court held a case management conference in the above captioned matter. Counsel for Plaintiff and Defendant appeared. The Court, after considering the written and oral statements made by the parties, orders as follows:

1. Defendants shall file an answer to Plaintiff's complaint within 14 days from May 23, 2008.

2. Plaintiffs may serve (i) document requests relating to ascertaining what substances were deposited into the waste piles at the subject property, and (ii) one set of interrogatories relating to the identification of potential percipient witnesses on the issue of ascertaining what

1  substances were deposited into the waste piles at the subject property. The parties shall meet and
2  confer after discovery is propounded if defendants have any objections to said discovery.
3      3.    Discovery disputes, if any, shall be resolved by the magistrate.
4      4.    The parties are relieved of their respective obligations under Federal Rule of Civil
5  Procedure 26(a) and (f) until further order of the Court.
6      5.    A further case management conference shall be held in Department 6 at 10:30 a.m.
7  on August 29, 2008.

9  **IT IS SO ORDERED.**

10 Dated: June ___, 2008

    Honorable Ronald M. Whyte
    U.S. DISTRICT COURT JUDGE

13 Approved as to form:

15 Dated: June 2, 2008

    ROPERS, MAJESKI, KOHN & BENTLEY

    By: _____
    THOMAS H. CLARKE, JR.
    Attorneys for Plaintiff MOSS LANDING
    COMMERCIAL PARK LLC

20 Dated: June 6, 2008

    JONES DAY

    By: _____
    THOMAS M. DONNELLY
    Attorneys for Defendants KAISER ALUMINUM
    CORPORATION and KAISER ALUMINUM &
    CHEMICAL CORPORATION