```
 1  Thomas M. Donnelly (SBN 136546)
    Kelli A. Crouch (SBN 239042)
 2  JONES DAY
    555 California Street, 26th Floor
 3  San Francisco, CA  94104-1500
    Telephone:  (415) 626-3939
 4  Facsimile:  (415) 875-5700
    Email: tmdonnelly@jonesday.com
 5         kcrouch@jonesday.com

 6  Attorneys for Defendants
    KAISER ALUMINUM CORPORATION and KAISER
 7  ALUMINUM & CHEMICAL CORPORATION
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MOSS LANDING COMMERCIAL PARK LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>KAISER ALUMINUM CORPORATION, KAISER ALUMINUM & CHEMICAL CORPORATION and DOES 1 through 100,<br><br>  Defendants. | Case No. C 07-06072 RMW/PVT<br><br>PROOF OF SERVICE BY MAIL |

I, Lorraine France-Gorn, declare that I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104-1500. On June 6, 2008, I served a copy of the within document(s):

**ANSWER OF DEFENDANTS KAISER ALUMINUM CORPORATION AND KAISER ALUMINUM & CHEMICAL CORPORATION TO FIRST AMENDED COMPLAINT; and**

**PROOF OF SERVICE**

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below:

SFI-585421v1

PROOF OF SERVICE
C07-06072 RMW/PVT

- 2 -

Joseph A. Fischer, III
Jackson Fischer Gilmour & Dobbs PC
3900 Essex Lane, Ste. 325
Houston, TX 77027

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on June 6, 2008 at San Francisco, California.

_Lorraine France-Gorn_
Lorraine France-Gorn