IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSS LANDING COMMERCIAL PARK, LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>KAISER ALUMINUM CORPORATION, et al.,<br><br>             Defendant. | *E-FILED - 8/13/08*<br><br>CASE NO.: C-07-06072-RMW<br><br>**CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

   PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for August 29, 2008, has been continued to **September 5, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are required to file a Revised Joint Case Management Statement by August 29, 2008.

   If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED:  August 13, 2008

                                              _____
                                              JACKIE GARCIA
                                              Courtroom Deputy for
                                              Honorable Ronald M. Whyte

1  Copy of Order E-Filed to Counsel of Record: