THOMAS H. CLARKE, JR. (SBN 47592)
TIMOTHY A. DOLAN (SBN 209674)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: 415 543 4800
Facsimile: 415 972 6301
tclarke@rmkb.com
tdolan@rmkb.com

Attorneys for Plaintiff
MOSS LANDING COMMERCIAL PARK LLC

THOMAS M. DONNELLY (SBN 135546)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: 415 626 2929
Facsimile: 415 875 5700
tmdonnelly@jonesday.com

*E-FILED - 9/3/08*

Attorneys for Defendants
KAISER ALUMINUM CORPORATION and
KAISER ALUMINUM & CHEMICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOSS LANDING COMMERCIAL PARK LLC,<br><br>Plaintiff,<br>v.<br><br>KAISER ALUMINUM CORPORATION, KAISER ALUMINUM & CHEMICAL CORPORATION, and DOES 1 through 100,<br><br>Defendants. | CASE NO. C07 06072 RMW/PVT<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Due to a conflict in counsel for Defendants Kaiser Aluminum Corp. and Kaiser Aluminum & Chemical Corp.'s calendar, the parties to this action, through their undersigned

counsel, hereby stipulate and jointly request that the Court continue the Case Management Conference from September 5, 2008 to **September 12, 2008 at 10:30 a.m.** in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. The parties also stipulate and jointly request that the Court continue the deadline by which the parties must file a Joint Case Management Statement from August 29, 2008 to **September 5, 2008.**

IT IS SO STIPULATED

Dated: August 27, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
THOMAS H. CLARKE, JR.
TIMOTHY A. DOLAN
Attorneys for Plaintiff MOSS LANDING COMMERCIAL PARK LLC

Dated: August 27, 2008

JONES DAY

By: _____
THOMAS M. DONNELLY
Attorneys for Defendants Kaiser Aluminum Corporation and Kaiser Aluminum and Chemical Corporation

IT IS SO ORDERED.

Dated: Sept. 3, 2008

*Ronald M. Whyte*
Hon. Ronald M. Whyte
U.S. District Court Judge