THOMAS H. CLARKE, JR. (SBN 47592)
TIMOTHY A. DOLAN (SBN 209674)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA  94105
Telephone: 415 543 4800
Facsimile: 415 972 6301
tclarke@rmkb.com
tdolan@rmkb.com

Attorneys for Plaintiff
MOSS LANDING COMMERCIAL PARK LLC

THOMAS M. DONNELLY (SBN 13646)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: 415 875 5880
Facsimile: 415 875 5700
tmdonnelly@jonesday.com

Attorneys for Defendants
KAISER ALUMINUM CORPORATION and
KAISER  ALUMINUM & CHEMICAL
CORPORATION

*E-FILED - 12/10/08*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MOSS LANDING COMMERCIAL PARK LLC,<br><br>    Plaintiff,<br>v.<br><br>KAISER ALUMINUM CORPORATION, KAISER ALUMINUM & CHEMICAL CORPORATION, and  DOES 1 through 100,<br><br>    Defendants. | CASE NO.  C07 06072 RMW/PVT<br><br>**JOINT STIPULATION AND [XXXXXXXXXXXXXX] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>CMC:   December 12, 2008<br>Time:   10:30 A.M.<br>Courtroom 6<br>Honorable Ronald M. Whyte, Judge |

WHEREAS, Moss Landing Commercial Park, LCC ("MLCP") has sued Defendants Kaiser Aluminum Corporation ("KAC") and Kaiser Aluminum & Chemical Corporation

1  ("KACC")[1] pertaining to alleged contamination of real property, surface waters, and groundwater
2  in Moss Landing, California; and

3  WHEREAS, Kaiser filed its Motion of Reorganized Debtors to (A) Enforce Injunctions
4  Issued in Connection with the Second Amended Joint Plan of Reorganization and (B) Compel
5  Moss Landing Commercial Park LLC to Dismiss with Prejudice Its Lawsuit Against Kaiser
6  Aluminum Corporation and Kaiser Aluminum & Chemical Corporation, in the United States
7  Bankruptcy Court for the District of Delaware. This motion was heard in Wilmington, Delaware
8  on February 25, 2008. The Bankruptcy Court granted the motion, and ordered this action
9  dismissed without prejudice; and

10 WHEREAS, subsequently, MLCP sought an emergency stay of the order by the Delaware
11 District Court pending its appeal from the order of the Bankruptcy Court for the District of
12 Delaware, which was granted; and

13 WHEREAS, the parties have filed their briefs with the Delaware District Court and are
14 awaiting a ruling by the Delaware District Court;

15 NOW, THEREFORE, the parties stipulate that the case management conference currently
16 scheduled for December 12, 2008 before this Honorable Court be continued to February 20, 2009,
17 at 10:30 A.M.

18 The parties further stipulate that the parties will file a joint report with the Court on the
19 status of MLCP's appeal of the Bankruptcy Court's order no later than seven (7) days prior to the
20 continued CMC, unless the Delaware District Court rules on the appeal before then, in which case
21 the parties shall promptly notify this Court of that ruling.

22 ///
23 ///
24 ///
25 ///
26 ///

---

27 [1]  As part of the restructuring transactions consummated in connection with KAC's and KACC's plan of
28 reorganization, KACC was merged into Kaiser Aluminum & Chemical Corporation LLC in 2006. References to KACC herein include Kaiser Aluminum & Chemical Corporation LLC.

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

| | | |
|---|---|---|
| 1 | Dated: December 10, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | | |
| 3 | | By: _____/s/_____<br>THOMAS H. CLARKE, JR. |
| 4 | | TIMOTHY A. DOLAN<br>Attorneys for Plaintiff MOSS LANDING |
| 5 | | COMMERCIAL PARK LLC |
| 6 | Dated: December 10, 2008 | JONES DAY |
| 7 | | By: _____/s/_____ |
| 8 | | THOMAS M. DONNELLY<br>Attorneys for Defendants KAISER ALUMINUM |
| 9 | | CORPORATION and KAISER ALUMINUM<br>AND CHEMICAL CORPORATION |

IT IS SO ORDERED.

Dated: December 10, 2008

*Ronald M. Whyte* (signature)

RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

The Case Management Conference is continued to February 20, 2009 at 10:30 am.   (rmw)

---

USDC NDCA C07 06072 RMW/PVT
RC1/5227568.1/CB12

- 3 -

JOINT STIPULATION AND [xxxxx] ORDER TO
CONTINUE FURTHER CASE MGMT CONF