1   THOMAS H. CLARKE, JR. (SBN 47592)
    TIMOTHY A. DOLAN (SBN 209674)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    201 Spear Street, Suite 1000
3   San Francisco, CA  94105
    Telephone: 415 543 4800
4   Facsimile: 415 972 6301
    tclarke@rmkb.com
5   tdolan@rmkb.com

6   Attorneys for Plaintiff
    MOSS LANDING COMMERCIAL PARK LLC

7   THOMAS M. DONNELLY (SBN 136546)      ***E-FILED - 2/19/09***
    JONES DAY
8   555 California Street, 26th Floor
    San Francisco, CA 94104
9   Telephone: (415) see Interaction
    Facsimile:  (415) 875-5700
10  email:  tmdonnelly@jonesday.com

11  Attorneys for Defendants KAISER ALUMINUM
    CORPORATION and KAISER ALUMINUM &
12  CHEMICAL CORPORATION

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                  SAN JOSE DIVISION

16
    MOSS LANDING COMMERCIAL PARK     CASE NO.  C07 06072 RMW/PVT
17  LLC,
                                     **STIPULATION AND []
18          Plaintiff,               ORDER CONTINUING CASE
    v.                               MANAGEMENT CONFERENCE**
19
    KAISER ALUMINUM CORPORATION,
20  KAISER ALUMINUM & CHEMICAL
    CORPORATION, and  DOES 1 through
21  100,

22          Defendants.

23  / / /

24          WHEREAS, plaintiff Moss Landing Commercial Park ("MLCP") has filed and served its

25  First Amended Complaint upon defendants Kaiser Aluminum Corporation and Kaiser Aluminum

26  & Chemical Corporation (collectively, the "Kaiser Defendants"), and the Kaiser Defendants have

27  answered such Complaint;

28
    USDC NDCA C07 06072 RMW/PVT        -1-        STIPULATION AND [] ORDER

WHEREAS, the Kaiser Defendants assert that this action is barred by the relief granted to the Kaiser Defendants in their Chapter 11 bankruptcy proceedings;

WHEREAS, the Kaiser Defendants sought and obtained an order from the Delaware bankruptcy court requiring MLCP to dismiss its Complaint;

WHEREAS, MLCP appealed therefrom, and the Delaware District Court has upheld the order of the Delaware bankruptcy court;

WHEREAS, MLCP is considering appealing to the Third Circuit Court of Appeals; and,

WHEREAS, the parties wish to conserve judicial resources.

NOW, THEREFORE, plaintiff MLCP and the Kaiser Defendants stipulate and respectfully request that the Court enter an order as follows:

1.      The Case Management Conference currently scheduled for February 20, 2009 be continued to May 22, 2009, at 10:30 a.m. in Courtroom 6.

2.      Not later than February 21, 2009, MLCP shall inform this Court whether it has filed a notice of appeal with the Third Circuit Court of Appeals.

///
///
///
///
///
///
///
///
///
///
///

USDC NDCA C07 06072 RMW/PVT          -2-          STIPULATION AND [] ORDER

1  Dated: February 12, 2009                    ROPERS, MAJESKI, KOHN & BENTLEY

2                                              By: /s/ _____

3                                                      THOMAS H. CLARKE, JR.
                                               Attorneys for Plaintiff MOSS LANDING
4                                              COMMERCIAL PARK LLC

   Dated: February 12, 2009                    JONES DAY
5

6                                              By: /s/ _____

7                                                      THOMAS M. DONNELLY
                                               Attorneys for Defendants KAISER
8                                              ALUMINUM CORPORATION and
                                               KAISER ALUMINUM & CHEMICAL
9                                              CORPORATION

10

11 **IT IS SO ORDERED.**

12 Dated: February ___19___, 2009

13                                             The Honorable Ronald M. Whyte
                                               United States District Court Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

USDC NDCA C07 06072 RMW/PVT          -3-            STIPULATION AND [] ORDER