**E-FILED on**   04/26/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOSS LANDING COMMERCIAL PARK LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAISER ALUMINUM CORPORATION, KAISER ALUMINUM AND CHEMICAL CORPORATION, and DOES 1 through 100,<br><br>　　　　Defendants. | No. C-07-06072 RMW<br><br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE<br><br>**[Re Docket No. 55]** |

　　On March 19, 2009 this court granted Ropers, Majeski, Kohn, and Bentley's motion to withdraw as counsel for plaintiff Moss Landing Commercial Park, LLC ("Moss Landing") and set an April 1, 2009 deadline for Moss Landing to retain new counsel and have that counsel file its notice of appearance with the court.  On April 16, 2009, Robert Rosenthal filed a motion for leave to file a notice of appearance, stating that, although he had agreed to represent Moss Landing in this action, he had not been notified of the court's order on the motion to withdraw or the April 1, 2009 deadline.  The court grants Mr. Rosenthal's motion for leave to file a notice of appearance, and directs that he be entered as counsel for Moss Landing in this action.

DATED:　　　04/21/09　　　　　　　　　　　　　　　　／s／ Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Robert Edward Rosenthal    rrosenthal@mtrylegal.com

**Counsel for Defendants:**

Thomas Michael Donnelly    tmdonnelly@jonesday.com
Kelli A. Crouch    kcrouch@jonesday.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     04/26/09                        JAS
                                                                              **Chambers of Judge Whyte**

United States District Court
For the Northern District of California