```
THOMAS M. DONNELLY (SBN 136546)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 875-5880
Facsimile:  (415) 875-5700
email:  tmdonnelly@jonesday.com

Attorneys for Defendants KAISER ALUMINUM
CORPORATION and KAISER ALUMINUM &
CHEMICAL CORPORATION
```

*E-FILED - 5/21/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOSS LANDING COMMERCIAL PARK LLC,<br><br>            Plaintiff,<br>v.<br><br>KAISER ALUMINUM CORPORATION, KAISER ALUMINUM & CHEMICAL CORPORATION, and DOES 1 through 100,<br><br>            Defendants. | CASE NO.  C07 06072 RMW/PVT<br><br>**STIPULATION AND []**<br>**ORDER CONTINUING CASE**<br>**MANAGEMENT CONFERENCE** |

   WHEREAS, plaintiff Moss Landing Commercial Park ("MLCP") has filed and served its First Amended Complaint upon defendants Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation (collectively, the "Kaiser Defendants"), and the Kaiser Defendants have answered such Complaint;

   WHEREAS, the Kaiser Defendants assert that this action is barred by the relief granted to the Kaiser Defendants in their Chapter 11 bankruptcy proceedings;

   WHEREAS, the Kaiser Defendants sought and obtained an order from the Delaware Bankruptcy Court requiring MLCP to dismiss its Complaint;

   WHEREAS, MLCP appealed therefrom, and the Delaware District Court has upheld the order of the Delaware Bankruptcy Court;

   WHEREAS, MLCP has appealed the Delaware District Court's order to the Third Circuit

USDC NDCA C07 06072 RMW/PVT         -1-         STIPULATION AND [] ORDER

Court of Appeals;

WHEREAS, the parties are in the process of briefing that appeal; and,

WHEREAS, the parties wish to conserve judicial resources and their litigation expenses.

NOW, THEREFORE, plaintiff MLCP and the Kaiser Defendants stipulate and respectfully request that the Court enter an order as follows:

1. The Case Management Conference currently scheduled for May 22, 2009, shall be continued to August 21, 2009 at 10:30 a.m. in Courtroom 6.

2. Not later than August 14, 2009, the parties shall file a joint Case Management Conference Statement.

Dated: May 20, 2009                              BOHNEN, ROSENTHAL & DUSENBURY

By: /s/ Robert E. Rosenthal
    ROBERT E. ROSENTHAL
    Attorneys for Plaintiff MOSS LANDING
    COMMERCIAL PARK LLC

Dated: May 20, 2009                              JONES DAY

By: /s/ Thomas M. Donnelly
    THOMAS M. DONNELLY
    Attorneys for Defendants KAISER
    ALUMINUM CORPORATION and
    KAISER ALUMINUM & CHEMICAL
    CORPORATION

**IT IS SO ORDERED.**

Dated: May 21, 2009

*/s/ Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge