THOMAS M. DONNELLY (SBN 136546)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 875-5880
Facsimile: (415) 875-5700
email: tmdonnelly@jonesday.com

*E-FILED - 11/17/09*

Attorneys for Defendants KAISER ALUMINUM CORPORATION and KAISER ALUMINUM & CHEMICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOSS LANDING COMMERCIAL PARK LLC,<br><br>Plaintiff,<br>v.<br><br>KAISER ALUMINUM CORPORATION, KAISER ALUMINUM & CHEMICAL CORPORATION, and DOES 1 through 100,<br><br>Defendants. | CASE NO. C07 06072 RMW/PVT<br><br>**STIPULATION AND []<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE** |

WHEREAS, plaintiff Moss Landing Commercial Park ("MLCP") has filed and served its First Amended Complaint upon defendants Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation (collectively, the "Kaiser Defendants"), and the Kaiser Defendants have answered such Complaint;

WHEREAS, the Kaiser Defendants assert that this action is barred by the relief granted to the Kaiser Defendants in their Chapter 11 bankruptcy proceedings;

WHEREAS, the Kaiser Defendants sought and obtained an order from the Delaware Bankruptcy Court requiring MLCP to dismiss its Complaint;

WHEREAS, MLCP appealed therefrom, and the Delaware District Court has upheld the order of the Delaware Bankruptcy Court;

WHEREAS, MLCP has appealed the Delaware District Court's order to the Third Circuit Court of Appeals;

WHEREAS, the parties have completed briefing the appeal to the Third Circuit and are awaiting a decision;

WHEREAS, The Third Circuit has calendared the appeal for consideration during the week of January 11, 2010; and

WHEREAS, the parties wish to conserve judicial resources and their litigation expenses.

NOW, THEREFORE, plaintiff MLCP and the Kaiser Defendants stipulate and respectfully request that the Court enter an order as follows:

1. The Case Management Conference currently scheduled for November 20, 2009, shall be continued to March 5, 2010 at 10:30 a.m. in Courtroom 6.

2. Not later than February 26, 2010, the parties shall file a joint Case Management Conference Statement.

Dated: November 10, 2009   BOHNEN, ROSENTHAL & DUSENBURY

By: /s/ Robert E. Rosenthal
ROBERT E. ROSENTHAL
Attorneys for Plaintiff MOSS LANDING
COMMERCIAL PARK LLC

Dated: November 10, 2009   JONES DAY

By: /s/ Thomas M. Donnelly
THOMAS M. DONNELLY
Attorneys for Defendants KAISER
ALUMINUM CORPORATION and
KAISER ALUMINUM & CHEMICAL
CORPORATION

**IT IS SO ORDERED.**

Dated: November 17, 2009

/s/ Ronald M. Whyte
The Honorable Ronald M. Whyte
United States District Court Judge