Christopher C. Cayce, Esq. SBN: 114033
Darrell L. Moon, Esq., SBN: 196524
Law Offices of Christopher C. Cayce
The Casa Estrada Adobe
470 Tyler Street, Second Floor
Monterey, California 93940
Ph: (831) 373-2610
Fax: (831) 373-1723

*E-FILED - 2/11/10*

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MOSS LANDING COMMERCIAL PARK, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> KAISER ALUMINUM CORPORATION, KAISER ALUMINUM AND CHEMICAL CORPORATION, and DOES 1 through 100, Inclusive, <br><br> Defendants. | Case No.: **5:07-CV-06072 RMW** <br><br> **REQUEST FOR TELEPHONIC APPEARANCE FOR CASE MANAGEMENT CONFERENCE AND ORDER** <br><br> **Date: 3/5/2010** <br> **Time: 10:30 am** <br> **Courtroom: 6** <br> **Hon. Ronald M. Whyte, Judge** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs, MOSS LANDING COMMERCIAL PARK, LLC., hereby respectfully request that their counsel, Christopher C. Cayce, be allowed to appear telephonically at the Case Management Conference scheduled for 10:30 am., on March 5, 2010, in Department 6.

Counsel for Plaintiffs is based in Monterey, California. Counsel would like to appear at the conference by telephone in order to avoid additional attorney's fees accruing from commuting from Monterey to San Jose, California. Accordingly, Plaintiffs request that the court allow their counsel to make a telephonic appearance at the conference.

Dated: February 1, 2010

Respectfully Submitted,
Law Offices of Christopher C. Cayce

By: /s/ Christopher C. Cayce
CHRISTOPHER C. CAYCE

Moss Landing Commercial Park v. Kaiser Aluminum, et al.
Case No. 5:07-CV-06072 RMW
Request for Telephonic Appearance at CMC

Page 1

**ORDER**

Upon request being made by Plaintiffs for their counsel to appear at the Case Management Conference scheduled for March 5, 2010, by telephonic appearance and good cause appearing:

**IT IS ORDERED** that counsel for Plaintiffs may appear telephonically at the Case Management Conference, scheduled for March 5, 2010.

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx _____.

OTHER ORDERS: _The Court will initiate the call between the hours of 10:30 am to 12:30 pm that day.  Counsel should be on phone stand by during this time.

Dated: _____2/9/10_____

*Ronald M. Whyte*
Honorable Ronald M. Whyte

Moss Landing Commercial Park v. Kaiser Aluminum, et al.
Case No. 5:07-CV-06072 RMW
Request for Telephonic Appearance at CMC

Page 2

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF MONTEREY

 I am employed in the County of Monterey, State of California. I am over the age of 18 and not party to the within action; and my business address and telephone number is 470 Tyler Street, 2nd Floor, Monterey, California; Ph: (831) 373-2610.

 On the date signed below, I served the following document(s):

*Request For Telephonic Appearance for Case Management Conference*

on the following individuals and/or entities addressed as follows:

Thomas M. Donnelly
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1500

in the following manner:

☐ **(MAIL)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid to be deposited in the United States mail at Monterey, California.

☐ **(FAX)** by sending a true copy thereof by facsimile transmission to the individual and/or entity and fax number listed above.

☐ **(FEDERAL EXPRESS)** by overnight courier of the document(s) listed above to the person(s) at the address(es) set forth above.

☒ **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems send an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 2nd day of February, 2010, in Monterey, California.

/s/ Amy L. Bullock
AMY L. BULLOCK

Moss Landing Commercial Park v. Kaiser Aluminum, et al.
Case No. 5:07-CV-06072 RMW
Request for Telephonic Appearance at CMC

Page 3