1   THOMAS M. DONNELLY (SBN 136546)
    JONES DAY
2   555 California Street, 26th Floor
    San Francisco, CA 94104
3   Telephone: (415) 875-5880
    Facsimile: (415) 875-5700
4   email: tmdonnelly@jonesday.com

*E-FILED - 3/3/10*

5   Attorneys for Defendants KAISER ALUMINUM
    CORPORATION and KAISER ALUMINUM &
6   CHEMICAL CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11  MOSS LANDING COMMERCIAL PARK          CASE NO.  C07 06072 RMW/PVT
    LLC,
12                                        **STIPULATION AND []**
                 Plaintiff,               **ORDER CONTINUING CASE**
13  v.                                    **MANAGEMENT CONFERENCE**

14  KAISER ALUMINUM CORPORATION,
    KAISER ALUMINUM & CHEMICAL
15  CORPORATION, and  DOES 1 through
    100,
16
                 Defendants.
17

18          WHEREAS, plaintiff Moss Landing Commercial Park ("MLCP") has filed and served its

19  First Amended Complaint upon defendants Kaiser Aluminum Corporation and Kaiser

20  Aluminum & Chemical Corporation (collectively, the "Kaiser Defendants"), and the Kaiser

21  Defendants have answered such Complaint;

22          WHEREAS, the Kaiser Defendants assert that this action is barred by the relief granted to

23  the Kaiser Defendants in their Chapter 11 bankruptcy proceedings;

24          WHEREAS, the Kaiser Defendants sought and obtained an order from the Delaware

25  Bankruptcy Court requiring MLCP to dismiss its Complaint;

26          WHEREAS, MLCP appealed therefrom, and the Delaware District Court has upheld the

27  order of the Delaware Bankruptcy Court;

28

WHEREAS, MLCP has appealed the Delaware District Court's order to the Third Circuit Court of Appeals;

WHEREAS, the parties have completed briefing the appeal to the Third Circuit and are awaiting a decision; and

WHEREAS, the parties wish to conserve judicial resources and their litigation expenses.

NOW, THEREFORE, plaintiff MLCP and the Kaiser Defendants stipulate and respectfully request that the Court enter an order as follows:

1.      The Case Management Conference currently scheduled for March 5, 2010, shall be continued to June 4, 2010 at 10:30 a.m. in Courtroom 6.

2.      Not later than May 28, 2010, the parties shall file a joint Case Management Conference Statement.

Dated: February 22, 2010

LAW OFFICES OF CHRISTOPHER C. CAYCE

By: /s/ Christopher C. Cayce
        CHRISTOPHER C. CAYCE
Attorneys for Plaintiff MOSS LANDING
COMMERCIAL PARK LLC

Dated: February 22, 2010

JONES DAY

By: /s/ Thomas M. Donnelly
        THOMAS M. DONNELLY
Attorneys for Defendants KAISER ALUMINUM
CORPORATION and KAISER ALUMINUM &
CHEMICAL CORPORATION

**IT IS SO ORDERED.**

Dated: __3/3_____, 2010

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

USDC NDCA C07 06072 RMW/PVT
STIPULATION AND [] ORDER