| | |
|---|---|
| THOMAS M. DONNELLY (SBN 136546)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-5880<br>Facsimile:  (415) 875-5700<br>email:  tmdonnelly@jonesday.com<br><br>Attorneys for Defendants KAISER ALUMINUM CORPORATION and KAISER ALUMINUM & CHEMICAL CORPORATION | *E-FILED - 6/2/10* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOSS LANDING COMMERCIAL PARK LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>KAISER ALUMINUM CORPORATION, KAISER ALUMINUM & CHEMICAL CORPORATION, and  DOES 1 through 100,<br><br>              Defendants. | CASE NO.  C07 06072 RMW/PVT<br><br>**STIPULATION AND []<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE** |

WHEREAS, plaintiff Moss Landing Commercial Park ("MLCP") has filed and served its First Amended Complaint upon defendants Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation (collectively, the "Kaiser Defendants"), and the Kaiser Defendants have answered such Complaint;

WHEREAS, the Kaiser Defendants assert that this action is barred by the relief granted to the Kaiser Defendants in their Chapter 11 bankruptcy proceedings;

WHEREAS, the Kaiser Defendants sought and obtained an order from the Delaware Bankruptcy Court requiring MLCP to dismiss its Complaint;

WHEREAS, MLCP appealed therefrom, and the Delaware District Court has upheld the order of the Delaware Bankruptcy Court;

1  WHEREAS, MLCP has appealed the Delaware District Court's order to the Third Circuit
2  Court of Appeals;
3  WHEREAS, the parties have completed briefing the appeal to the Third Circuit and are
4  awaiting a decision; and
5  WHEREAS, the parties wish to conserve judicial resources and their litigation expenses.
6  NOW, THEREFORE, plaintiff MLCP and the Kaiser Defendants stipulate and
7  respectfully request that the Court enter an order as follows:
8  1.  The Case Management Conference currently scheduled for June 4, 2010, shall be
9  continued to September 3, 2010 at 10:30 a.m. in Courtroom 6.
10  2.  Not later than August 27, 2010, the parties shall file a joint Case Management
11  Conference Statement.

12  Dated: May 25, 2010

LAW OFFICES OF CHRISTOPHER C. CAYCE

By: /s/ Christopher C. Cayce
     CHRISTOPHER C. CAYCE
Attorneys for Plaintiff MOSS LANDING
COMMERCIAL PARK LLC

17  Dated: May 25, 2010

JONES DAY

By: /s/ Thomas M. Donnelly
     THOMAS M. DONNELLY
Attorneys for Defendants KAISER ALUMINUM
CORPORATION and KAISER ALUMINUM &
CHEMICAL CORPORATION

23  **IT IS SO ORDERED.**

24  Dated: 6/2 , 2010

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge