| | |
|---|---|
| THOMAS M. DONNELLY (SBN 136546)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-5880<br>Facsimile:  (415) 875-5700<br>email:  tmdonnelly@jonesday.com<br><br>Attorneys for Defendants KAISER ALUMINUM<br>CORPORATION and KAISER ALUMINUM &<br>CHEMICAL CORPORATION | ***E-FILED - 12/2/10*** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOSS LANDING COMMERCIAL PARK LLC,<br><br>            Plaintiff,<br><br>v.<br><br>KAISER ALUMINUM CORPORATION, KAISER ALUMINUM & CHEMICAL CORPORATION, and  DOES 1 through 100,<br><br>            Defendants. | CASE NO.  C07 06072 RMW/PVT<br><br>**STIPULATION AND []<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE** |

WHEREAS, plaintiff Moss Landing Commercial Park ("MLCP") has filed and served its First Amended Complaint ("Complaint") upon defendants Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation (collectively, the "Kaiser Defendants"), and the Kaiser Defendants have answered such Complaint;

WHEREAS, the Kaiser Defendants assert that this lawsuit is barred by the relief granted to the Kaiser Defendants in their Chapter 11 bankruptcy proceedings;

WHEREAS, the Kaiser Defendants sought and obtained an order from the Delaware Bankruptcy Court requiring MLCP to dismiss its Complaint;

WHEREAS, MLCP appealed therefrom to the Delaware District Court, and then to the Third Circuit Court of Appeals;

WHEREAS, on July 8, 2010, the Third Circuit Court of Appeals instructed the Delaware

District Court to remand the case to the Delaware Bankruptcy Court for the Bankruptcy Court to provide a decision as to whether each cause of action in this lawsuit was discharged or otherwise released, waived or settled. The case was remanded back to the Delaware Bankruptcy Court by order of the Delaware District Court on September 16, 2010, and the Bankruptcy Court conducted a status conference on October 18, 2010 to consider the remand and the briefing schedule. After the parties conferred, the Bankruptcy Court approved a schedule directing the Kaiser Defendants to file their opening brief addressing the issues raised by the Third Circuit no later than November 12, 2010, MLCP to respond no later than December 3, 2010, and the Kaiser Defendants to reply no later than December 17, 2010. Following submission of the Kaiser Defendants' reply brief, the Bankruptcy Court will conduct a hearing which likely will not occur until January or February 2011.

WHEREAS, the Kaiser Defendants timely filed their opening brief on November 12, 2010. MLCP anticipates filing its response as required by the scheduling order by December 3, 2010; and

WHEREAS, the parties wish to conserve judicial resources and their litigation expenses.

NOW, THEREFORE, plaintiff MLCP and the Kaiser Defendants stipulate and respectfully request that the Court enter an order as follows:

1. The Case Management Conference currently scheduled for December 3, 2010, shall be continued to March 4, 2011 at 10:30 a.m. in Courtroom 6.

2. Not later than February 25, 2011, the parties shall file a joint Case Management Conference Statement.

Dated: November 19, 2010

                                              LAW OFFICES OF CHRISTOPHER C. CAYCE

                                              By: /s/ Christopher C. Cayce
                                                    CHRISTOPHER C. CAYCE
                                             Attorneys for Plaintiff MOSS LANDING
                                             COMMERCIAL PARK LLC

| | | |
|---|---|---|
| 1 | Dated: November 19, 2010 | |
| 2 | | JONES DAY |
| 3 | | By: /s/ Thomas M. Donnelly |
| 4 | | THOMAS M. DONNELLY<br>Attorneys for Defendants KAISER ALUMINUM |
| 5 | | CORPORATION and KAISER ALUMINUM &<br>CHEMICAL CORPORATION |

**IT IS SO ORDERED.**

Dated: __12/2__, 2010

*/s/ Ronald M. Whyte*

The Honorable Ronald M. Whyte
United States District Court Judge