THOMAS M. DONNELLY (SBN 136546)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 875-5880
Facsimile:  (415) 875-5700
email:  tmdonnelly@jonesday.com

*E-FILED - 2/24/11*

Attorneys for Defendants KAISER ALUMINUM
CORPORATION and KAISER ALUMINUM &
CHEMICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOSS LANDING COMMERCIAL PARK LLC,<br><br>                Plaintiff,<br><br>v.<br><br>KAISER ALUMINUM CORPORATION, KAISER ALUMINUM & CHEMICAL CORPORATION, and  DOES 1 through 100,<br><br>                Defendants. | CASE NO.  C07 06072 RMW<br><br>**STIPULATION AND []<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE** |

WHEREAS, plaintiff Moss Landing Commercial Park ("MLCP") has filed and served its First Amended Complaint ("Complaint") upon defendants Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation (collectively, the "Kaiser Defendants"), and the Kaiser Defendants have answered such Complaint;

WHEREAS, the Kaiser Defendants assert that this lawsuit is barred by the relief granted to the Kaiser Defendants in their Chapter 11 bankruptcy proceedings;

WHEREAS, the Kaiser Defendants sought and obtained an order from the Delaware Bankruptcy Court requiring MLCP to dismiss its Complaint;

WHEREAS, MLCP appealed therefrom to the Delaware District Court, and then to the Third Circuit Court of Appeals;

WHEREAS, on July 8, 2010, the Third Circuit Court of Appeals instructed the Delaware

1  District Court to remand the case to the Delaware Bankruptcy Court for the Bankruptcy Court to
2  provide a decision as to whether each cause of action in this lawsuit was discharged or otherwise
3  released, waived or settled. The case was remanded back to the Delaware Bankruptcy Court by
4  order of the Delaware District Court on September 16, 2010, and the Bankruptcy Court conducted
5  a status conference on October 18, 2010 to consider the remand and the briefing schedule.  After
6  the parties conferred, the Bankruptcy Court approved a schedule directing the Kaiser Defendants
7  to file their opening brief addressing the issues raised by the Third Circuit no later than November
8  12, 2010, MLCP to respond no later than December 3, 2010, and the Kaiser Defendants to reply
9  no later than December 17, 2010;

10     WHEREAS, the matter has been fully briefed and is set for oral argument before the
11  Bankruptcy Court on March 2, 2011; and

12     WHEREAS, the parties wish to conserve judicial resources and their litigation expenses.

13     NOW, THEREFORE, plaintiff MLCP and the Kaiser Defendants stipulate and
14  respectfully request that the Court enter an order as follows:

15     1.     The Case Management Conference currently scheduled for March 4, 2011, shall be
16  continued to June 3, 2011 at 10:30 a.m. in Courtroom 6.

17     2.     Not later than May 27, 2011, the parties shall file a joint Case Management
18  Conference Statement.

19  Dated: February 22, 2011

                                        LAW OFFICES OF CHRISTOPHER C. CAYCE

                                        By: /s/ Christopher C. Cayce
                                            CHRISTOPHER C. CAYCE
                                        Attorneys for Plaintiff MOSS LANDING
                                        COMMERCIAL PARK LLC

| | |
|---|---|
| 1 | |
| 2 | Dated: February 22, 2011 |
| 3 | JONES DAY |

By: /s/ Thomas M. Donnelly
   THOMAS M. DONNELLY
Attorneys for Defendants KAISER ALUMINUM CORPORATION and KAISER ALUMINUM & CHEMICAL CORPORATION

**IT IS SO ORDERED.**

Dated:  2/24  , 2011

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge