| | |
|---|---|
| THOMAS M. DONNELLY (SBN 136546)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-5880<br>Facsimile:  (415) 875-5700<br>email:  tmdonnelly@jonesday.com | ***E-FILED - 6/2/11*** |

Attorneys for Defendants KAISER ALUMINUM CORPORATION and KAISER ALUMINUM & CHEMICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOSS LANDING COMMERCIAL PARK LLC,<br><br>          Plaintiff,<br><br>v.<br><br>KAISER ALUMINUM CORPORATION, KAISER ALUMINUM & CHEMICAL CORPORATION, and DOES 1 through 100,<br><br>          Defendants. | CASE NO.  C07 06072 RMW<br><br>**STIPULATION AND []<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE** |

WHEREAS, plaintiff Moss Landing Commercial Park ("MLCP") has filed and served its First Amended Complaint ("Complaint") upon defendants Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation (collectively, the "Kaiser Defendants"), and the Kaiser Defendants have answered such Complaint;

WHEREAS, the Kaiser Defendants assert that this lawsuit is barred by the relief granted to the Kaiser Defendants in their Chapter 11 bankruptcy proceedings;

WHEREAS, the Kaiser Defendants sought and obtained an order from the Delaware Bankruptcy Court requiring MLCP to dismiss its Complaint;

WHEREAS, MLCP appealed therefrom to the Delaware District Court, and then to the Third Circuit Court of Appeals;

WHEREAS, on July 8, 2010, the Third Circuit Court of Appeals instructed the Delaware

1  District Court to remand the case to the Delaware Bankruptcy Court for the Bankruptcy Court to
2  provide a decision as to whether each cause of action in this lawsuit was discharged or otherwise
3  released, waived or settled.  The case was remanded back to the Delaware Bankruptcy Court by
4  order of the Delaware District Court on September 16, 2010.  The matter has been fully briefed,
5  yet the hearing has been continued in light of the parties' settlement in principle described below.
6  Thus, the Bankruptcy Court has not yet issued a decision;

7      WHEREAS, the parties have reached a settlement in principle.  They are still in the
8  process of documenting their settlement, and will then present it to the Delaware Bankruptcy
9  Court for review and approval.  Assuming the settlement is finalized and approved by the
10 Bankruptcy Court, the settlement will require MLCP to dismiss this lawsuit with prejudice; and

11     WHEREAS, the parties wish to conserve judicial resources and their litigation expenses.

12     NOW, THEREFORE, plaintiff MLCP and the Kaiser Defendants stipulate and
13 respectfully request that the Court enter an order as follows:

14     1.    The Case Management Conference currently scheduled for June 3, 2011, shall be
15 continued to September 2, 2011 at 10:30 a.m. in Courtroom 6.

16     2.    Not later than August 26, 2011, the parties shall file a joint Case Management
17 Conference Statement.

18 Dated: May 27, 2011

                                        LAW OFFICES OF CHRISTOPHER C. CAYCE

19

20                                         By: /s/ Christopher C. Cayce
                                            CHRISTOPHER C. CAYCE
21                                         Attorneys for Plaintiff MOSS LANDING
                                        COMMERCIAL PARK LLC

1

2  Dated: May 27, 2011

3                                                JONES DAY

4
                                                 By: /s/ Thomas M. Donnelly
5                                                    THOMAS M. DONNELLY
                                                 Attorneys for Defendants KAISER ALUMINUM
6                                                CORPORATION and KAISER ALUMINUM &
                                                 CHEMICAL CORPORATION
7
                    This is the <u>final</u> continuances.  The parties should be prepared to file
8  **IT IS SO ORDERED.**   dismissal by August 26, 2011.

9  Dated: __6/2__, 2011             *Ronald M. Whyte*
10                                                The Honorable Ronald M. Whyte
                                                 United States District Court Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28