THOMAS M. DONNELLY (SBN 136546)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 875-5880
Facsimile: (415) 875-5700
email: tmdonnelly@jonesday.com

Attorneys for Defendants KAISER ALUMINUM
CORPORATION and KAISER ALUMINUM &
CHEMICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOSS LANDING COMMERCIAL PARK LLC,<br><br>Plaintiff,<br><br>v.<br><br>KAISER ALUMINUM CORPORATION, KAISER ALUMINUM & CHEMICAL CORPORATION, and DOES 1 through 100,<br><br>Defendants. | CASE NO. C07 06072 RMW<br><br>**STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

WHEREAS, plaintiff Moss Landing Commercial Park ("MLCP") has filed and served its First Amended Complaint ("Complaint") upon defendants Kaiser Aluminum Corporation and Kaiser Aluminum & Chemical Corporation (collectively, the "Kaiser Defendants"), and the Kaiser Defendants have answered such Complaint;

WHEREAS, the Kaiser Defendants assert that this lawsuit is barred by the relief granted to the Kaiser Defendants in their Chapter 11 bankruptcy proceedings;

WHEREAS, the Kaiser Defendants sought and obtained an order from the Delaware Bankruptcy Court requiring MLCP to dismiss its Complaint;

WHEREAS, MLCP appealed therefrom to the Delaware District Court, and then to the Third Circuit Court of Appeals;

WHEREAS, on July 8, 2010, the Third Circuit Court of Appeals instructed the Delaware

District Court to remand the case to the Delaware Bankruptcy Court for the Bankruptcy Court to provide a decision as to whether each cause of action in this lawsuit was discharged or otherwise released, waived or settled. The case was remanded back to the Delaware Bankruptcy Court by order of the Delaware District Court on September 16, 2010. The matter has been fully briefed, yet the hearing has been continued in light of the parties' settlement agreement described below. Thus, the Bankruptcy Court has not yet issued a decision;

WHEREAS, the parties have signed a settlement agreement and have filed a Motion in the Delaware Bankruptcy Court for review and approval. The parties have requested a September 26 hearing date on that Motion. Assuming the settlement is approved by the Bankruptcy Court, the settlement will require MLCP to dismiss this lawsuit with prejudice; and

WHEREAS, the parties wish to conserve judicial resources and their litigation expenses.

NOW, THEREFORE, plaintiff MLCP and the Kaiser Defendants stipulate and respectfully request that the Court enter an order as follows:

1. The Case Management Conference currently scheduled for September 2, 2011, shall be continued to November 4, 2011 at 10:30 a.m. in Courtroom 6.

2. Not later than October 28, 2011, MLCP shall dismiss this action with prejudice or the parties shall file a joint Case Management Conference Statement.

Dated: August 26, 2011

LAW OFFICES OF CHRISTOPHER C. CAYCE

By: /s/ Christopher C. Cayce
CHRISTOPHER C. CAYCE
Attorneys for Plaintiff MOSS LANDING COMMERCIAL PARK LLC

| | |
|---|---|
| 1 | |
| 2 | Dated: August 26, 2011 |
| 3 | JONES DAY |
| 4 | |
| 5 | By: /s/ Thomas M. Donnelly |
|   | THOMAS M. DONNELLY |
|   | Attorneys for Defendants KAISER ALUMINUM |
| 6 | CORPORATION and KAISER ALUMINUM & |
|   | CHEMICAL CORPORATION |
| 7 | |
| 8 | **IT IS SO ORDERED.** |
| 9 | Dated:  JEF         , 2011 |

*Ronald M. Whyte* (signature)

The Honorable Ronald M. Whyte
United States District Court Judge