1  **Christopher C. Cayce SBN 114033**
   **Darrell D. Moon, SBN 196524**
2  **Law Offices Of Christopher C. Cayce**
   **Casa Estrada Adobe**
3  **470 Tyler Street, Second Floor**
   **Monterey, Ca. 93940-3026**
4  **Telephone: 831-373-2610**
   **Fax: 831-373-1723**
5
6  **Attorneys for Moss Landing Commercial Park LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOSS LANDING COMMERCIAL PARK LLC, | Case No.: C07 06072 RMW/PVT |
| Plaintiff, | ( ) ORDER OF DISMISSAL |
| vs., | FRCP 41 (a)(1) |
| KAISER ALUMINUM CORPORATION, KAISER ALUMINUM & CHEMICAL CORPORATION and DOES 1through 100, | |
| Defendants. | |

IT IS HEREBY ORDERED THAT: the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: _____, 2011

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

Moss Landing Commercial Park v. Kaiser Aluminum et al
USDC NDCA C070 06072 RMW/PVT
REQUEST FOR DISMISSAL AND ORDER THEREON